■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONTRELL A. BARNES, Appellant. [910 NYS2d 758]—Appeal from an order of the Ontario County Court (Frederick G. Reed, J.), dated August 3, 2009. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Carni, Sconiers and Gorski, JJ.